CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

July 14, 2025

LAURA A. AUSTIN, CLERK
BY:
       s/A. Beeson
       DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

|  |  |
|---|---|
| **ALISHIA WARRICK,** | **Civil Action No. 7:25-cv-00282** |
| **Plaintiff,** | |
| | **OPINION** |
| **v.** | |
| | **By:  James P. Jones** |
| **MRS. LONG, et al.,** | **Senior United States District Judge** |
| **Defendant(s).** | |

Plaintiff, proceeding pro se, filed a civil rights complaint, pursuant to 42 U.S.C. § 1983 . Plaintiff did not prepay the filing costs or submit the information required to proceed in forma pauperis under 28 U.S.C. § 1915(b) in this court to pay the filing fee through installments from plaintiff's trust account. By order entered May 29, 2025, the court extended the time for the plaintiff to submit the prisoner trust account report for the months of October, November, and December. Plaintiff was directed to submit the prisoner trust account report by June 30, 2025. Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

Plaintiff has failed to comply with the described conditions and has not qualified to proceed in forma pauperis under § 1915(b).  Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court.  Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying

Order to plaintiff.

ENTERED:  July 14, 2025.

/s/ James P. Jones
Senior United States District Judge