CLERK'S OFFICE
U.S. DISTRICT COURT
AT ROANOKE, VA
FILED
December 04, 2025
LAURA A. AUSTIN, CLERK
BY: s/ M.Poff, Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| **ALISHIA WARRICK,** | )<br>) |
| Plaintiff, | ) Case No. 7:25CV00282<br>) |
| v. | ) **OPINION**<br>) |
| **MRS. LONG, et al.,** | ) J<small>UDGE</small> J<small>AMES</small> P. J<small>ONES</small><br>) |
| Defendants. | ) |

*Alishia Warrick, Pro Se Plaintiff.*

The plaintiff, Alishia Warrick, proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983. By Order entered September 3, 2025, the court directed Warrick to file an Amended Complaint within thirty days providing a detailed statement concerning the events on which she bases her claims and each defendant's conduct that was in violation of her constitutional rights. The Order expressly warned Warrick that failure to file an Amended Complaint within thirty days would result in dismissal of the action without prejudice. Thereafter, upon Warrick's motion for an extension of time to file an amended complaint, the court entered an Order on October 10, 2025, extending the deadline to November 10, 2025.

The deadline has elapsed, and Warrick has failed to submit an Amended Complaint or otherwise communicate with the court regarding this case.

Accordingly, I will dismiss this action without prejudice for failure to prosecute this case.

A separate Final Order will be entered herewith.

DATED: December 4, 2025

/s/  JAMES P. JONES
Senior United States District Judge